THE HARTFORD

33 New Montgomery Street, San Francisco, CA 94105

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| YNGWIE MALMSTEEN | |
|---|---|
| | Plaintiff(s) |
| vs | |
| BERDON, LLP, et al. | |
| | Defendant(s) |

**SUPERSEDEAS BOND**

05 CIV. 958 (RJH)

     **KNOW ALL MEN BY THESE PRESENTS,** that HARTFORD FIRE INSURANCE COMPANY having an office at 33 New Montgomery Street, San Francisco, California 94105, as Surety is held and firmly bound unto the United States District Court, Southern District of New York in the sum of EIGHT HUNDRED TWENTY FOUR THOUSAND EIGHT HUNDRED FIFTY ONE AND 73/100 DOLLARS ($824,851.73), for the payment of which, well and truly to be made, it binds itself, its successors and assigns, firmly by these presents.

     **WHEREAS,** on the 21st day of January, 2009, the above named plaintiff recovered a judgment against BERDON, LLP and MICHAEL MITNICK for the total sum of EIGHT HUNDRED TWENTY ONE THOUSAND NINE HUNDRED THIRTY FOUR AND 25/100 DOLLARS ($821,934.25); and thereafter a judgment for costs was entered on 5th day of February 2009, in favor of the above named plaintiff against BERDON, LLP and MICHAEL MITNICK in the amount of TWO THOUSAND NINE HUNDRED SEVENTEEN AND 48/100 ($2,917.48) for a total amount of EIGHT HUNDRED TWENTY FOUR THOUSAND EIGHT HUNDRED FIFTY ONE AND 73/100 DOLLARS ($824,851.73); and, the said BERDON, LLP AND MICHAEL MITNICK feeling aggrieved thereby has or are about to appeal therefrom to the United States Court of Appeals for the Second Circuit requiring that a supersedeas bond on such judgment be in the amount of EIGHT HUNDRED TWENTY FOUR THOUSAND EIGHT HUNDRED FIFTY ONE AND 73/100 DOLLARS ($824,851.73).

     **NOW, THEREFORE,** HARTFORD FIRE INSURANCE COMPANY does hereby, pursuant to the Statute in such case made and provided undertake the said BERDON, LLP and MICHAEL MITNICK, shall satisfy the aforementioned judgment in full, together with cost, interest and damages for delay, if for any reason the appeal is dismissed or if the judgment is affirmed and that said BERDON, LLP and MICHAEL MITNICK shall satisfy in full such modification of the judgment and such cost, interest and damages as the Appellate Court may adjudge and award; but in no event shall HARTFORD FIRE INSURANCE COMPANY be liable in excess of stated sum of $824,851.73.

     Signed, sealed and dated this 18TH day of FEBRUARY 2009.

Hartford Fire Insurance Company

By _____
PAUL BOUCHER, Attorney-in-Fact

**Bond No.57BSBFI4054**
The premium Charged for this bond
is $12,811.00 per annum

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA

County of __LOS ANGELES__

On __FEBRUARY 18, 2009__ before me, __JENNIFER VANDERVORT, NOTARY PUBLIC__,
      Date                                       Here Insert Name and Title of the Officer

personally appeared __PAUL BOUCHER__
                                            Name(s) of Signer(s)

[Notary Seal: JENNIFER VANDERVORT, Commission # 1801152, Notary Public - California, Los Angeles County, My Comm. Expires Jun 10, 2012]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _[signature: Jennifer Vandervort]_
           Signature of Notary Public

Place Notary Seal Above

---------- **OPTIONAL** ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __SUPERSEDEAS BOND 57BSBFI4054__

Document Date: __FEBRUARY 18, 2009__      Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
*call:* 888-266-3488 *or fax:* 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**   Agency Code: 57-556253

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [X] | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [X] | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint **up to the amount of unlimited:**

Russell B. Sands, Rae Lynn Zachary, Claudia Payne, Paul Boucher
of
San Francisco, CA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ⊠, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary                                                                M. Ross Fisher, Assistant Vice President

**STATE OF CONNECTICUT** } ss. Hartford
**COUNTY OF HARTFORD**

On this 1st day of February, 2004, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporation described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2007

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of    FEBRUARY 18, 2009
Signed and sealed at the City of Hartford.



Gary W. Stumper, Assistant Vice President