```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
YNGWIE MALMSTEEN,

                Plaintiffs,

- against -

BERTON, L.L.P., et al,

                Defendants.
------------------------------------------------------X

05 Civ. 00958 ( RJH )

**ORDER**

      The telephonic pretrial conference scheduled on April 21, 2009, at 4:30 p.m.. Has been rescheduled to April 22, 2009 at 4:30 p. m. . The plaintiff shall initiate the call to the Chambers of the Honorable Richard J. Holwell. The Chambers telephone number is (212) 805- 0256.

SO ORDERED:
      Dated: New York, New York
      April 13, 2009

      _____
      Richard J. Holwell
      United States District Judge